**UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| Damon Leavitt,<br><br>Plaintiff,<br><br>v.<br><br>Newrez, LLC,<br><br>Defendant. | Judge Peter D Welte<br><br>CASE NO. 3:24-cv-00042-PDW<br><br>**NOTICE OF SETTLEMENT WITH NEWREZ, LLC** |

**PLEASE BE ADVISED** that the above-named Plaintiff and Defendant have settled all asserted claims between them. The Plaintiff will file a Stipulation of Dismissal as soon as the settlement documents have been executed, which the Plaintiff anticipates will take approximately two weeks.

Dated: May 21, 2024

**MINNDAK LAW**

/s/Catrina Smith
Catrina Smith (#0403229)
625 Main Ave, Suite 152
Moorhead, MN 56560
701.840.6993
csmith@minndaklaw.com
ATTORNEY FOR PLAINTIFF